UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br><br>v.<br><br>(2) JEANETTE NORMAN,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br>Criminal No. 23-CR-30014-MGM |

**WRIT AND RESTRAINING ORDER**

**MASTROIANNI, D.J.**

Upon consideration of the Government's Motion for a Writ and Restraining Order under the All Writs Act, it is hereby:

ORDERED that the Motion is granted; and it is further

ORDERED that defendant Jeanette Norman (the "Defendant"), as well as the Defendant's representatives, attorneys, agents, spouses, family members, nominees, alter egos (companies), custodians, assigns, and any other person or entity holding any property on the Defendant's behalf, any person with actual knowledge of this order, or with the authority to act on the Defendant's behalf (the "Restrained Parties") shall fully comply with the terms of this Order and shall not take any actions prohibited by this Order; and it is further

ORDERED that compliance with the terms of this Order requires that the Restrained Parties shall not engage in the following with respect to any and all funds in the LM & JN Revocable Trust Account DTD 11/18/2019, a strategic asset management account ending in 1112, held at LPL Financial. (the "Trust Account"):

a. directly or indirectly alienate, liquidate, dissipate, transfer, sell, assign, lease, pledge, encumber, loan, convert, conceal, spend, withdraw or otherwise dispose of

any funds in the Trust Account including principal, interest, and appreciation, in any manner without prior approval of this Court.

b. Take, or cause to be taken, any action which could have the effect of concealing or moving any funds in the Trust Account from the jurisdiction of this Court.

c. Take or cause to be taken, any action that would have the effect of depreciating, damaging, or in any way diminishing the value of the funds held in the Trust Account, including any principal, interest or appreciation.

and it is further

ORDERED that this Order shall remain in full force and effect, unless modified by this Court, including by forfeiture, until the Defendant has satisfied all assessments, fines, restitution, and forfeiture ordered by the Court against her in the above-captioned case or until further order of this Court.

**MARK G. MASTROIANNI**
United States District Judge

Dated: 8/13/26